600

371 A.2d 242
Commonwealth v. Trapp, Appellant.

Submitted June 14, 1976. George A. Heitczman, Assistant Public Defender, for appellant; James J. Narlesky, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 242
Commonwealth v. Turner, Appellant.

Submitted February 9, 1976. James J. Powell, III, Assistant Public Defender, for appellant; Charles F. Wilson, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Order affirmed.